240 F.2d 844
 Clara B. SCULLEN, Executrix of the Estate of Frank M. Braunberger, Deceased, Appellant,
v.
Albert J. BRAUNBERGER.
 No. 15685.
 United States Court of Appeals Eighth Circuit.
 January 3, 1957.
 
 1
 Appeal from the United States District Court, Southern District of Iowa.
 
 
 2
 James G. McDowell, Jr., and J. Riley McManus, Des Moines, Iowa, for appellant.
 
 
 3
 J. C. Pryor and J. C. Riley, Burlington, Iowa, for appellee.
 
 
 4
 Appeal from District Court dismissed without taxation of costs in this Court in favor of either of parties, on motion of appellant.